NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie Lee Hatch, | No. CV-16-02041-PHX-JJT (MHB) |
| Petitioner, | CR 02-01016-PHX-JJT |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

At issue is the Report and Recommendation (Doc. 22) ("R&R") entered in matter 16-CV-2041 by Magistrate Judge Michelle H. Burns recommending that Mr. Hatch's 2255 Motion be denied and dismissed with prejudice in both matters 16-CV-2041 and 02-CR-1016. The time for Mr. Hatch to file objections to the R&R elapsed early September 2017. No objections were filed by that deadline or thereafter. The Court thus may accept the R&R without further review. *See United States v. Reyna-Tapi*a, 328 F.3d 1114, 1121 (9th Cir. 2003).

Even if the Court conducted a review into the merits of the R&R, it would, and it does, adopt the R&R in its entirety in this case. Judge Burns correctly concluded that pursuant to the Supreme Court's decision in *Beckles v. United States*, 137 S. Ct. 886, 892 (2017), the residual clause in the advisory guidelines is not subject to a void-for-vagueness challenge under the Fifth Amendment Due Process Clause. Thus, Mr. Hatch's Petition, filed pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015), must be dismissed with prejudice.

| | |
|---|---|
| 1 | IT IS ORDERED adopting in whole the R&R (Doc. 22) prepared by Judge Burns |
| 2 | in this matter. |
| 3 | IT IS FURTHER ORDERED denying and dismissing the Motion to Vacate, Set |
| 4 | Aside or Correct Sentence under 28 U.S.C. § 2255 found at Doc. 1 in this matter, 16-CV- |
| 5 | 2041, and at Doc. 76 in the related matter 02-CR-1016-PHX-JJT. |
| 6 | IT IS FURTHER ORDERED denying a Certificate of Appealability and leave to |
| 7 | proceed *in forma pauperis* upon a finding that Mr. Hatch has not made a substantial |
| 8 | showing of the denial of a Constitutional right. |
| 9 | Dated this 6th day of November, 2017. |

Honorable John J. Tuchi
United States District Judge